UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMUNICATION ACCESS CENTER
FOR THE DEAF AND HARD OF
HEARING, INC.,                                                    CIVIL ACTION NO.09-13506

        Plaintiff,                                                    DISTRICT JUDGE AVERN COHN

v.

THE NATIONAL EXCHANGE CARRIER
ASSOCIATION, et al,

        Defendants.
_____/

## ORDER GRANTING MOTION FOR ORDER PERMITTING DEPOSIT INTO COURT REGISTRY PURSUANT TO FRCP 67

This action was removed from state court on September 09, 2009 by PNC Bank, NA. Plaintiff has filed the instant motion for an order to allow the disputed funds to be deposited with the Court. The Court being fully advised in the premises,

IT IS ORDERED that the motion is GRANTED.

Accordingly, IT IS ORDERED that:

1. The parties shall tender a certified check for deposit made payable to the Clerk of the Court no later than ten business days from the date of entry of this Order in the amount of $3,528,378.00.

2. The Clerk of the Court shall deposit the funds in an interest bearing account.

3. The deposited funds are subject to the ultimate disposition of the Court in this matter.

4. The Clerk is directed to deduct from the account any fee authorized by the Judicial Conference of the United States.

Dated: November 19, 2009        s/Avern Cohn
                                                AVERN COHN
                                                UNITED STATES DISTRICT JUDGE