UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COMMUNICATION ACCESS CENTER FOR
THE DEAF AND HARD OF HEARING, INC.,

    Plaintiff,

-vs-

    Case No. 09-13506
    Hon: AVERN COHN

THE NATIONAL EXCHANGE CARRIER
ASSOCIATION, VIABLE COMMUNICATIONS,
INC., and PNC BANK, NATIONAL ASSOCIATION,

    Defendants.
_____/

**ORDER GRANTING
DEFENDANT NATIONAL EXCHANGE CARRIER ASSOCIATION'S
MOTION FOR STAY**

    Now before the Court is Defendant National Exchange Carrier Association's motion for stay pending the outcome of the criminal prosecution of Viable Communications, Inc. and its agents for several federal crimes. For the reasons stated on the record on January 13, 2010 the motion is GRANTED and this action is STAYED until further order of the Court. Every four months, National Exchange Carrier Association shall inform the Court of the status of the criminal prosecution against Viable Communications, Inc.

    SO ORDERED.

Dated: January 14, 2010                s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 14, 2010, by electronic and/or ordinary mail.

                                                      s/Julie Owens
                                                      Case Manager, (313) 234-5160